# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **YASIR MEHMOOD,** | ) |
|        Petitioner, | ) No. EDCV 13-1947 JGB(AJW) |
|    v. | ) |
| **UNKNOWN,** | ) MEMORANDUM AND ORDER |
|        Respondent. | ) TRANSFERRING PETITION |

Petitioner, a federal pretrial detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on March 5, 2008. Petitioner currently is incarcerated at the Sacramento County Main Jail, in Sacramento County, California. [Petition at 4]. Sacramento County is located in the Eastern District of California. 28 U.S.C. § 84(b).

A writ of habeas corpus may be granted by the district courts "within their respective jurisdictions." 28 U.S.C. § 2241(a). The court issuing the writ must have personal jurisdiction over the custodian. Braden v. 30th Judicial Cir. Ct. of Kentucky, 410 U.S. 484, 495 (1973); Malone v. Calderon, 165 F.3d 1234, 1237 (9th Cir. 1999). A federal prisoner's section 2241 habeas petition challenging his or

her present physical custody within the United States must name as respondent his or her "immediate custodian," that is, the warden of the facility where the prisoner currently is confined, and must be filed in the district of confinement. Rumsfeld v. Padilla, 542 U.S. 426, 442, 447 (2004).[1] See also Braden, 410 U.S. at 494-499; Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

Where, as here, the district court lacks jurisdiction with respect to a petition brought under section 2241, the court may transfer the petition to any other court "in which the action could have been brought 'if it is in the interest of justice.'" Miller v. Hambrick, 905 F.2d 259, 262 (9th Cir. 1990)(quoting 28 U.S.C. § 1631). Transferring the action to the Eastern District of California is appropriate, because the petition could have been brought in that court. See Miller, 905 F.2d at 262; Goldlawr, Inc. v. Heiman, 369 U.S. 463, 467 (1962). Accordingly, this action is transferred to the United States District Court for the Eastern District of California.

**It is so ordered.**

Dated: November 22, 2013

_____
Jesus G. Bernal
United States District Judge

---

[1]   Petitioner also has failed to name a proper respondent.